**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Lindsey J. Scott
Scott and Associates
632 St. Ferdinand Street
Baton Rouge LA 70802

**REHEARING ACTION: March 28, 2012**

**Docket Number: 11   01028-CA**

**EDWARD AMBUSH, ET AL**
**VERSUS**
**MT. ZION MISSIONARY BAPTIST CHURCH**

**Appealed from Rapides Parish Case No. 241,151**

**BEFORE JUDGES:**

      **Hon. Jimmie C. Peters**
      **Hon. Marc T. Amy**
      **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Edward Ambush, et al** has this day been

      **DENIED.**

cc: Tiffany N. Sanders, Counsel for the Appellee
    George Carnal Gaiennie, III, Counsel for the Appellant
    Clifton John Spears, Jr., Counsel for the Appellant
    B. Gene Taylor, III, Counsel for the Appellant
    Bradley Loy Drell, Counsel for the Appellant